```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

BRENT S. MOORE                                              PLAINTIFF

v.                       Case No. 07-2026

SCHLUMBERGER TECHNOLOGY CORPORATION                         DEFENDANT

## **ORDER**

Now before this Court is the Unopposed Motion to Withdraw Motion for Reconsideration (Doc. 34).  The Court finds that the motion (Doc. 34) should be GRANTED.  Accordingly, the Motion to Reconsider (Doc. 31) is hereby WITHDRAWN and the hearing set for September 2, 2008 is CANCELED.

IT IS SO ORDERED this 16th day of July 2008.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge

**AO72A**
**(Rev. 8/82)**